UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

MICHEL CABRERA,
And other similarly situated individuals,

       Plaintiff,

v.

SUBWAY 39076, INC., a Florida Profit
Corporation, Individually,
STEVEN G. BRACKEN, Individually and
TIMOTHY E. JOHNSON, Individually,

       Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants, SUBWAY 39076, INC., a Florida corporation, STEVEN G. BRACKEN, individually, and TIMOTHY E. JOHNSON, individually, hereby gives notice of the removal of the case styled *Michel Cabrera v. Subway 39076, Inc., et al*, Case No. 2016-011067-CA-11 currently pending in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.  As grounds for removal, Defendant states:

1.    Plaintiff filed this action against Defendants in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Civil Action No. 2016-011067-CA-11 ("State Action").  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant, including any other documents in the State Court docket, are attached hereto as composite **Exhibit A**.

2. On May 24, 2016, Defendant, SUBWAY 38976, INC., was served with the Complaint and Summons. On June 7, 2016, Defendant, Timothy E. Johnson was served with the Complaint and Summons. To date, Defendant, STEVEN G. BRACKEN, has not been served. This Notice of Removal is being filed on June 22, 2016. Thus, this Notice of Removal is being timely filed within thirty (30) days after the first Defendant was served with process. See 28 U.S.C. § 1446(b).

3. In his Complaint, Plaintiff alleges wage and hour violations in violation of the Fair Labor Standards Act, 29 U.S.C. §201 *et seq* ("FLSA").

4. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5. Additionally, 28 U.S.C. § 1331 provides, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. Because Plaintiff raises claims pursuant to the FLSA, this action presents a federal question that is removable pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331.

7. The events alleged by Plaintiff giving rise to this claim occurred in Miami-Dade County, Florida. See Composite Exhibit A, Complaint ¶ 7. Thus, venue properly lies in the United States District Court for the Southern District of Florida, Miami Division.

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff and a copy of this Notice will be filed concurrently with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, which is attached hereto as **Exhibit B**.

9.      By filing this Notice of Removal, Defendants do not admit any of the averments in Plaintiff's Complaint, or waive any defense, and expressly reserve any objections as to service and personal jurisdiction.

WHEREFORE, Defendants, SUBWAY 39076, INC., a Florida corporation, STEVEN G. BRACKEN, individually, and TIMOTHY E. JOHNSON, individually, respectfully requests removal of this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.

Respectfully submitted this 22nd day of June, 2016.

> By: s/ Elizabeth M. Rodriguez
> Elizabeth M. Rodriguez
> Florida Bar No. 821690
> erodriguez@fordharrison.com
> FordHarrison
> 100 SE Second Street, Suite 2150
> Miami, Florida 33131
> Telephone: (305) 808-2143
> Facsimile:  (305) 808-2101
> Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record via electronic mail on this 22nd day of June, 2016.

Anthony M. Georges-Pierre, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile:  305-416-5005
agp@rgpattorneys.com
Attorney for Plaintiff

> By: s/ Elizabeth M. Rodriguez
>     Attorney for Defendants

WSACTIVELLP:8490959.1