# EXHIBIT A

ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)




# Miami-Dade County Civil, Family and Probate Courts Online System

**◀◀ Back to Results**

## MICHEL CABRERA VS SUBWAY 39076 INC ET AL

**Local Case Number:** 2016-011067-CA-01

**Filing Date:** 05/02/2016

**State Case Number:** 132016CA011067000001

**Case Type:** Other Civil Complaint

**Consolidated Case No.:** N/A

**Judicial Section:** CA20

**Case Status:** OPEN

---

👥 **Parties**      Number of Parties: 4 **+**

---

🔧 **Hearing Details**     Number of Hearing: 0 **+**

---

📶 **Dockets**     Dockets Retrieved: 16 **—**

| | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 06/09/2016 | | Service Returned | Event | |
| | 06/01/2016 | | Notice of Filing: | Event | **RETURN OF SERVICE WITHOUT COPY OF ORIGINAL SUMMONS** |
| | 05/26/2016 | | Service Returned | Event | |
| | 05/18/2016 | | 20 Day Summons Issued | Service | |
| | 05/18/2016 | | ESummons 20 Day Issued | Event | *Parties: Johnson Timothy E* |
| | 05/18/2016 | | 20 Day Summons Issued | Service | |
| | 05/18/2016 | | ESummons 20 Day Issued | Event | *Parties: Bracken Steven G* |
| | 05/18/2016 | | 20 Day Summons Issued | Service | |
| | 05/18/2016 | | ESummons 20 Day Issued | Event | *Parties: Subway 39076 Inc* |
| | 05/18/2016 | | Receipt: | Event | RECEIPT#:3740327 AMT PAID:$30.00 NAME:ANTHONY M GEORGES-PIERRE 100 N BISCAYNE BLVD MIAMI FL 33132 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSU |
| | 05/16/2016 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| | 05/16/2016 | | (M) 20 Day (P) Summons (Sub) Received | Event | |

| | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 📄 | 05/16/2016 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| | 05/06/2016 | | Receipt: | Event | RECEIPT#:3680258 AMT PAID:$401.00 NAME:ANTHONY M GEORGES-PIERRE 100 N BISCAYNE BLVD MIAMI FL 33132 ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DA |
| 📄 | 05/02/2016 | | Complaint | Event | |
| 📄 | 05/02/2016 | | Civil Cover | Event | |

**◀◀ Back to Results**

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Online Case Home (default.aspx)
| Family Court Information (http://www.miami-dadeclerk.com/families_court.asp)
| Probate Court Information (http://www.miami-dadeclerk.com/families_probate.asp)  (http://www.miamidade.gov)
| Email (http://feedback.miamidade.gov/Community/se.ashx?s=57F314587A23E37E)
| Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)

Home (http://www.miami-dadeclerk.com/home.asp)

| Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp)

| Disclaimer (http://www.miamidade.gov/info/disclaimer.asp)

| Contact Us (http://www.miami-dadeclerk.com/contact.asp)

| About Us (http://www.miami-dadeclerk.com/about.asp)

2015 Clerk of the Courts. All Rights reserved.

S0142977

Filing # 42535150 E-Filed 06/09/2016 01:34:27 PM

RETURN OF SERVICE

State of FLORIDA          County of MIAMI-DADE          Circuit Court

Case Number: 2016-011067-CA-01

Plaintiff:
**MICHEL CABRERA**

vs.

Defendant:
**SUBWAY 39076, INC.,ET.AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 24th day of May, 2016 at 8:05 am to be served on **TIMOTHY E. JOHNSON, 4960 SW 72ND AVE,, SUITE 302, MIAMI, FL 33155.**

I, GREG SCHULTE, do hereby affirm that on the **7th day of June, 2016** at 8:25 pm, I:

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **KATINA SAFIE as CO-RESIDENT at the address of 11590 SW 94 AVE, MIAMI, FL 33176.**/ of the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007599

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



printing document

Filing # 41535201 E-Filed 05/16/2016 10:20:35 AM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016-01606-CA-01

MICHEL CABRERA
And other similarly situated individuals,

Plaintiff(s),

v.

SUBWAY 39076, INC.
a Florida Profit Corporation, individually;
STEVEN G. BRACKEN, individually;
TIMOTHY E. JOHNSON, individually;

Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

TIMOTHY E. JOHNSON
4960 SW 72nd Ave, Suite 302
Miami, FL 33155

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts                           5/18/2018

CLERK                          DATE

(BY) DEPUTY CLERK

*[handwritten notations:]*

② 11590 Sw 94 Ave
Miami, FL 33176

3/828-1098

Beth

4

Katina

Safie

Niece

6-7

825P

MILITARY
YES / NO

https://www2.miami-dadeclerk.com/ocs/ViewerHTML5.aspx?QS=POwEORZkPSpXx5PT...   5/23/2016

7599

Filing # 42211174 E-Filed 06/01/2016 04:54:21 PM

## RETURN OF SERVICE

**State of FLORIDA**          **County of MIAMI-DADE**          **Circuit Court**

Case Number: 2016-011067-CA-01

Plaintiff:
**MICHEL CABRERA**

vs.

Defendant:
**SUBWAY 39076, INC.,ET.AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL  33130

Received by OJF SERVICES, INC. on the 24th day of May, 2016 at 8:05 am to be served on **SUBWAY 39076, INC, 4960 SW 72ND AVE,, SUITE 302, MIAMI, FL 33155.**

I, GREG SCHULTE, do hereby affirm that on the **24th day of May, 2016 at 11:33 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **BETH HEMMINGER** EMPLOYEE OF STEVEN G. BRACKEN as **Registered Agent** At the address of: **4960 SW 72ND AVE,, SUITE 302, MIAMI, FL 33155** for **SUBWAY 39076, INC,** and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED  "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007600

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



Filing # 42012693 E-Filed 05/26/2016 12:37:53 PM

**State of FLORIDA**             **County of MIAMI-DADE**             **Circuit Court**

Case Number: 2016-011067-CA-01

Plaintiff:
**MICHEL CABRERA**

vs.

Defendant:
**SUBWAY 39076, INC.,ET.AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL  33130

Received by OJF SERVICES, INC. on the 24th day of May, 2016 at 8:05 am to be served on **SUBWAY 39076, INC, 4960 SW 72ND AVE,, SUITE 302, MIAMI, FL 33155.**

I, GREG SCHULTE, do hereby affirm that on the **24th day of May, 2016 at 11:33 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **BETH HEMMINGER** EMPLOYEE OF STEVEN G. BRACKEN as **Registered Agent** At the address of: **4960 SW 72ND AVE,, SUITE 302, MIAMI, FL 33155** for **SUBWAY 39076, INC,** and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007600

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

printing document

Page 1 of 1

Filing # 41535201 E-Filed 05/16/2016 10:20:35 AM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016-011067-CA-01

MICHEL CABRERA
And other similarly situated individuals,

    Plaintiff(s),

v.

SUBWAY 39076, INC.
a Florida Profit Corporation, individually;
STEVEN G. BRACKEN, individually;
TIMOTHY E. JOHNSON, individually;

    Defendant(s).

5/24
11:33A
Beth
Henninger
employee
of ...

### SUMMONS IN A CIVIL CASE

**SUBWAY 39076, INC.**

Registered agent: STEVEN G. BRACKEN
4960 SW 72nd Ave, Suite 302
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,                                        5/18/2016
Clerk of Courts
CLERK                                                DATE
            56791

(BY) DEPUTY CLERK



7600

Filing # 41535201 E-Filed 05/16/2016 10:20:35 AM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016 - 011007 - CA - 01

**MICHEL CABRERA**
And other similarly situated individuals,

       Plaintiff(s),

v.

**SUBWAY 39076, INC.**
a Florida Profit Corporation, individually;
**STEVEN G. BRACKEN**, individually;
**TIMOTHY E. JOHNSON**, individually;

       Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**TIMOTHY E. JOHNSON**
4960 SW 72nd Ave, Suite 302
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts
                        5/18/2016
_____      _____
CLERK                    DATE

                            56791
_____
(BY) DEPUTY CLERK

Filing # 41535201 E-Filed 05/16/2016 10:20:35 AM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-011267-(A-01)

**MICHEL CABRERA**
And other similarly situated individuals.

     Plaintiff(s),

v.

**SUBWAY 39076, INC.**
a Florida Profit Corporation, individually;
**STEVEN G. BRACKEN**, individually;
**TIMOTHY E. JOHNSON**, individually;

     Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

**STEVEN G. BRACKEN**
4960 SW 72nd Ave. Suite 302
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts

5/18/2016

_____
CLERK               DATE

56791

(BY) DEPUTY CLERK



Filing # 41535201 E-Filed 05/16/2016 10:20:35 AM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-011067- CA-01

**MICHEL CABRERA**
And other similarly situated individuals,

      Plaintiff(s).

v.

**SUBWAY 39076, INC.**
a Florida Profit Corporation, individually;
**STEVEN G. BRACKEN**, individually;
**TIMOTHY E. JOHNSON**, individually;

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

### SUBWAY 39076, INC.

Registered agent: **STEVEN G. BRACKEN**
4960 SW 72nd Ave, Suite 302
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,            5/18/2016
Clerk of Courts
CLERK                DATE

                    56791

(BY) DEPUTY CLERK



Filing # 41535201 E-Filed 05/16/2016 10:20:35 AM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016- 011067- CA-01

**MICHEL CABRERA**
And other similarly situated individuals,

      Plaintiff(s),

v.

**SUBWAY 39076, INC.**
a Florida Profit Corporation, individually;
**STEVEN G. BRACKEN**, individually;
**TIMOTHY E. JOHNSON**, individually;

      Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

**TIMOTHY E. JOHNSON**
4960 SW 72nd Ave, Suite 302
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                            DATE

_____
(BY) DEPUTY CLERK

Filing # 41535201 E-Filed 05/16/2016 10:20:35 AM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-011007 - (A-01

**MICHEL CABRERA**
And other similarly situated individuals,

      Plaintiff(s),

v.

**SUBWAY 39076, INC.**
a Florida Profit Corporation, individually;
**STEVEN G. BRACKEN**, individually;
**TIMOTHY E. JOHNSON**, individually;

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**STEVEN G. BRACKEN**
4960 SW 72nd Ave. Suite 302
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
CLERK                                              DATE

_____
(BY) DEPUTY CLERK

Filing # 41535201 E-Filed 05/16/2016 10:20:35 AM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO: 2016-011067- CA-01

**MICHEL CABRERA**
And other similarly situated individuals,

      Plaintiff(s),

v.

**SUBWAY 39076, INC.**
a Florida Profit Corporation, individually;
**STEVEN G. BRACKEN**, individually;
**TIMOTHY E. JOHNSON**, individually;

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**SUBWAY 39076, INC.**

Registered agent: **STEVEN G. BRACKEN**
4960 SW 72nd Ave, Suite 302
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                       DATE

_____
(BY) DEPUTY CLERK

Filing # 40981855 E-Filed 05/02/2016 05:10:26 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: _____

**MICHEL CABRERA**
And other similarly situated individuals,

      Plaintiff(s),

v.

**SUBWAY 39076, INC.**
a Florida Profit Corporation, individually;
**STEVEN G. BRACKEN**, individually;
**TIMOTHY E. JOHNSON**, individually,

      Defendant(s).

_____/

## COMPLAINT

Plaintiff **MICHEL CABRERA**, and other similarly situated individuals, by and through

the undersigned counsel, hereby sues Defendant, SUBWAY 39076, INC., a Florida Profit

Corporation, individually; STEVEN G. BRACKEN, individually; and TIMOTHY E.

JOHNSON, individually; collectively ("Defendants"), and in support avers as follows:

### GENERAL ALLEGATIONS

1.     This is an action by the Plaintiff for damages exceeding $15,000 excluding attorneys'

     fees or costs for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219

     ("FLSA").

2.     This Court has jurisdiction over Plaintiff's FLSA claims pursuant to the 29 U.S.C. § 216.

3.     Plaintiff was at all times relevant to this action, resident of Miami-Dade County Florida,

     within the jurisdiction of this Honorable Court. Plaintiff is covered employee for

     purposes of the FLSA.

4.     Defendant, SUBWAY 39076, INC. a Florida Profit Corporation,  having one of its locations in Miami-Dade County, Florida where Plaintiff worked for Defendant, and at all times material hereto was and is engaged in interstate commerce.

5.     Defendant, STEVEN G. BRACKEN, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, SUBWAY 39076, INC.

6.     Defendant, TIMOTHY E. JOHNSON, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, SUBWAY 39076, INC.

7.     Venue is proper in Miami-Dade County because all of the actions that form the basis of this Complaint occurred within Miami-Dade County and payment was due in Miami-Dade County.

8.     Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

9.     All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

10.    Plaintiff performed work for Defendant as a non-exempt employee from on or about May 2011, through on or about April 14, 2016.

11.    Throughout Plaintiff's employment, Plaintiff worked in excess of forty (40) hours per week.

12.    Plaintiff was not paid at the proper overtime rate for hours worked in excess of forty (40) each week, as proscribed by the laws of the United States and the State of Florida.

printing document

13.  Plaintiff, from on or about January 2015, through on or about April 14, 2016, worked approximately five (5) overtime hours each week for which he was not paid 1.5 times his regular rate as provided by the FLSA.

14.  Plaintiff did not receive payment for all bonuses earned.

### COUNT I
#### *Wage & Hour Federal Statutory Violation against*
#### *SUBWAY 39076, INC.*

15.  Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 15 of this complaint as if set out in full herein.

16.  This action is brought by Plaintiff to recover from Defendant unpaid overtime wage compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq.*

17.  Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

18.  At all times pertinent to this Complaint, Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

19.  Upon information and belief, at all times material hereto, Defendant's annual gross revenue exceeded $500,000 per annum on its own, or as part of a joint enterprise with the other corporate Defendant named herein, or which are as of yet unknown but will be revealed through further discovery. To the extent that Defendant operated as part of a joint enterprise, it did so with corporate entities that performed related activities, under

the common control of the individual Defendant, and for common business purposes related to the work performed by Plaintiff for Defendant.

20.     By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

21.     Plaintiff seeks to recover for unpaid wages accumulated from the date of hire and/or from three (3) years from the date of the filing of this complaint.

22.     Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

23.     To the extent that Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime and minimum wage payments, the statute of limitations for Plaintiff's FLSA claims is equitably tolled. *See, e.g.*, *Cruz v. Maypa*, 773 F.3d 138, 147 (4th Cir. 2014) (extending failure-to-post tolling in the ADEA context to the FLSA); *Yu G. Ke v. Saigon Grill, Inc.*, 595 F. Supp. 2d 240, 259 (S.D.N.Y. 2008) ("[F]ailure to provide required notice of the governing legal requirements may be a sufficient basis for tolling."); *Kamens v. Summit Stainless, Inc.*, 586 F. Supp. 324, 328 (E.D. Pa. 1984) ("An employer's failure to post a statutorily required notice of this type tolls the running of any period of limitations.").

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wage compensation for hours worked in excess of forty (40) weekly, with interest;

C. Award Plaintiff an equal amount in double damages/liquidated damages;

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## COUNT II
### *Wage & Hour Federal Statutory Violation against*
### *STEVEN G. BRACKEN*

24.     Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 15 of this complaint as if set out in full herein.

25.     At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, SUBWAY 39076, INC.

26.     Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

27.     Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

28.     Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiff' employment with Defendant as set

forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

    A.  Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

    B.  Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wage compensation for hours worked in excess of forty (40) weekly, with interest;

    C.  Award Plaintiff an equal amount in double damages/liquidated damages;

    D.  Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

    E.  Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

### COUNT III
*Wage & Hour Federal Statutory Violation against*
*TIMOTHY E. JOHNSON*

29.    Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 15 of this complaint as if set out in full herein.

30.    At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, SUBWAY 39076, INC.

31.    Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

32.    Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

33.    Defendant willfully and intentionally refused to properly pay Plaintiff's wages as

required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiff' employment with Defendant as set forth above.

WHEREFORE, Plaintiff respectfully prays for the following relief against Defendant

    A.  Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

    B.  Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wage compensation for hours worked in excess of forty (40) weekly, with interest;

    C.  Award Plaintiff an equal amount in double damages/liquidated damages;

    D.  Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

    E.  Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated:  5/2/16

Respectfully submitted,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

CASE NO.: _____ _____

**MICHEL CABRERA**
And other similarly situated individuals,

      Plaintiff(s),

v.

**SUBWAY 39076, INC.**
a Florida Profit Corporation, individually;
**STEVEN G. BRACKEN**, individually;
**TIMOTHY E. JOHNSON**, individually;

      Defendant(s).

_____/

## NOTICE OF DESIGNATION OF EMAIL ADDRESSES AND
## NOTICE OF NON-CONSENT TO SERVICE OF DISCOVERY REQUESTS
## BY ELECTRONIC MEANS

COMES NOW the undersigned counsel for Plaintiff, pursuant to Fla. R. Jud. Admin.

2.516, and states as follows:

1. The following email addresses are provided pursuant to Fla. R. Jud. Admin.

2.516(b)(1)(A) for receipt of all pleadings, orders, papers, notices , and documents—**except**

**written discovery requests and/or deposition notices**—in this action:

      Primary Address:          agp@rgpattorneys.com

      Secondary Address:      pn@rgpattorneys.com

      Secondary Address:      rregueiro@rgpattorneys.com

2. Notwithstanding the foregoing, the undersigned counsel for Plaintiff hereby gives notice

that service of any and all discovery requests, including but not limited to interrogatories,

requests for production or to permit inspection, requests for admission, deposition notices, or

subpoena *duces tecum*, **shall not be accepted by only electronic means.** Said requests must additionally or exclusively be served by US mail, FedEx, courier, or other physical delivery method. This notice and the above-stated requirements shall remain effective unless otherwise agreed to by the express written permission of the undersigned.

Dated: 5/2/16

Respectfully submitted,

Anthony M. Georges-Pierre, Esq.
Florida Bar Number: 533637

**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing is accompanying the Complaint in this matter to be served on each Defendant named above.

5/2/16

Anthony M. Georges-Pierre, Esq.
Florida Bar Number: 533637

Filing # 40981855 E-Filed 05/02/2016 05:10:26 PM

### FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

I.   **CASE STYLE**

IN THE CIRCUIT COURT OF THE ELEVENTH   JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE   COUNTY, FLORIDA

Case No.: _____
Judge: _____

Michel Cabrera
Plaintiff
          vs.
Subway 39076, Inc., Steven G. Bracken, Timothy E. Johnson
Defendant

II.   **TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250.00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☑ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☑ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**III.**  **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☒ Non-monetary
- ☒ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**IV.**  **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

3

**V.**  **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☒ Yes
- ☐ No

**VI.**  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.**  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Anthony M Georges-Pierre        FL Bar No.: 533637
    Attorney or party                                                                    (Bar number, if attorney)

Anthony M Georges-Pierre        05/02/2016
    (Type or print name)                                          Date

printing document

Filing # 41535201 E-Filed 05/16/2016 10:20:35 AM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016-011067-CA-01

MICHEL CABRERA
And other similarly situated individuals,

    Plaintiff(s),

v.

SUBWAY 39076, INC.
a Florida Profit Corporation, individually;
STEVEN G. BRACKEN, individually;
TIMOTHY E. JOHNSON, individually;

    Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

SUBWAY 39076, INC.

Registered agent: STEVEN G. BRACKEN
4960 SW 72nd Ave, Suite 302
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.  You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,            5/18/2016
~~Clerk of Courts~~
CLERK                            DATE

           56791

(BY) DEPUTY CLERK



5/24
1133A
$24S
◯